IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT 986 70th AVENUE,     Case No. 07-C-0268-C
TOWN OF WARREN, ST. CROIX COUNTY,
WISCONSIN, WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON,

        Defendant.

---

ORDER TO DISMISS

---

IT IS HEREBY ORDERED that:

1. The complaint is dismissed without prejudice, and

2. The interest of Mortgage Electronic Registration Systems, Inc. (MERS), acting as nominee for the note holder, in the property located at 986 70th Avenue, Town of Warren, St. Croix County, Wisconsin not be effected by this dismissal.

Respectfully submitted this 5th day of February 2008.

*Barbara B. Crabb*
BARBARA B. CRABB
Chief United States District Court Judge